# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E.W., by and through his Guardian Ad Litem,<br><br>     Plaintiff,<br><br>     v.<br><br>ANDREW M. SAUL[1], Commissioner of Social Security,<br><br>     Defendant. | Case No.: 8:18-00517 ADS<br><br><br>JUDGMENT OF DISMISSAL |

JS-6

---

[1] The complaint, and thus the docket, do not name the Commissioner of Social Security. On June 17, 2019, Saul became the Commissioner. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1 | In accordance with the Memorandum Opinion and Order, Dkt. No. 34, filed
2 | concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATE: March 30, 2020

                              /s/ Autumn D. Spaeth
                        THE HONORABLE AUTUMN D. SPAETH
                        United States Magistrate Judge